### Synopsis

| | |
|---|---|
| Name: | Matthew Dehart |
| Address:<br>(City & State Only) | Newburgh, IN |
| Year of Birth and Age: | 1984 – 26 years old |
| Violations: | 18 USC § 2251(a) – Production of Child Pornography |
| Penalties: | Not less than 15 years imprisonment and not more than 25 years imprisonment (18 USC § 2251(e))<br>Not more than $250,000 fine (18 USC § 3571(b)(3)) |
| Supervised Release: | Not more than 5 years (18 USC § 3583(b)) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Not more than 3 years (18 USC § 3585(e)(3)) |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Not more than 3 years less any term of imprisonment imposed upon revocation of supervised release. (18 USC § 3583(e)(3)) |
| Defendant's Attorney: | Virginia Villa, Esq. |
| Primary Investigative Agency and Case Agent Name: | FBI – S/A Jim Herbert |
| Detention Status: | In custody on arrest warrant from Middle District Tennessee |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Washington County (county of arrest) |
| AUSA: | Nancy Torresen |
| Guidelines apply? Y/N | Y |
| Victim Case: | Y |
| Corporate Victims Owed Restitution: | None |
| Assessments: | $100 |

U.S. DISTRICT COURT
RECEIVED 1:10-mj-140-MJK
2010 AUG -9  A 11: 46
BY
DEPUTY CLERK