UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
RECEIVED AND FILED

2010 AUG -9  A 11: 46

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate No. 1:10-mj-140-MJK |
| ) | |
| MATTHEW DEHART ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check all that apply):

___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

___ Crime of violence

___ Maximum sentence life imprisonment or death

___ 10+ year drug offense

___ Felony, with two prior convictions in above categories

_X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender.

_X_ Serious risk defendant will flee

___ Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

(i) <u>Temporary Detention</u>._____

_____

(ii) <u>Other than Temporary Detention</u>. The court should detain the defendant because there are no conditions of release which will reasonably assure:

  _X_ Defendant's appearance as required

  ___ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies because:

  _X_ Probable cause to believe the defendant committed an offense specified in 18 U. S. C. §3142(e) involving: drugs; firearms; terrorism; a minor victim; or conduct outside of the United States.

  ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Date of Detention Hearing</u>. The United States requests that the detention hearing be held after a continuance of _3_ days.

5. <u>Length of Detention Hearing</u>. The United States will require _1/2_ hour to present its case for detention.

Date:  August 9, 2010

Thomas E. Delahanty II
United States Attorney

*/s/ Nancy Torresen*

Nancy Torresen
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
nancy.torresen@usdoj.gov

2